**No. 10-7704. Sheldon Williams, Petitioner v. United States.**

562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 521.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 607 F.3d 1123.